UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

FREDDY JORGE HORNA,

Defendant.

Case No. 18-cr-00369-JSW-1

**ORDER TO SHOW CAUSE**

Re: Dkt. No. 30

On March 5, 2019, this matter was scheduled for a change of plea hearing. "Unless the Court grants a written motion, filed sufficiently in advance of a court date for the Court to rule, and which demonstrates good cause to permit alternate counsel to appear in lead counsel's place, the parties shall appear in person through lead trial counsel to discuss all items referred to in this Order and with authority to enter stipulations and to agree to further scheduling dates." Criminal Standing Order ¶ 3.

Lead counsel for Defendant, Robert Beles, Esq., did not appear on March 5, 2019 and did not file a motion to permit alternate counsel to appear in his place. Accordingly, Mr. Beles is HEREBY ORDERED TO SHOW CAUSE why the Court should not impose sanctions in the amount of $250.00 for his failure to appear and his failure to comply with Standing Order ¶ 3. Mr. Beles' response to this Order to Show Cause shall be due by no later than March 13, 2019.

**IT IS SO ORDERED.**

Dated: March 6, 2019

_____

JEFFREY S. WHITE
United States District Judge